IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


NIGEL DWAYNE PARMS,        )
        Plaintiff,        )
                )  C.A. No. 13-578 Pittsburgh
                )
        v.        )
                )
ORLANDO HARPER, et al,        )
        Defendants.        )


## **MEMORANDUM ORDER**

This prisoner civil rights action was received by the Clerk of Court on April 22, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on November 3, 2014, recommended that the case be dismissed for Plaintiff's failure to prosecute. Service was made on Plaintiff by mail at 1000 5th Avenue, Apt. #15, McKeesport, PA, the last address of record, and on Defendants. No objections were filed. After de novo review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

    AND NOW, this 11th day of March, 2015;

    IT IS HEREBY ORDERED that this case is DISMISSED for Plaintiff's failure to prosecute.

The report and recommendation of Magistrate Judge Baxter, issued November 3, 2014, is adopted as the opinion of the court.

SO ORDERED:

s/ Terrence F. McVerry
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record